IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KRAFT HEINZ FOODS COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 22-1136-JHS |
| | : | |
| ZACHARY KLEIN and GOLDEN STATE FOODS CORPORATION, | : | |
| | : | |
| Defendants. | : | |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report, pursuant to the Stipulation and Order, D.I. 82. As the Court will recall, the parties executed a settlement agreement, and the Court stayed this action to permit the parties to complete certain actions under that settlement agreement prior to dismissing the litigation. *See* D.I. 82, 84. The parties have been working cooperatively to complete those actions but require additional time to do so. Accordingly, the parties respectfully request a further 30-day extension of the Order Staying Proceedings. To the extent the Court is amenable to a further extension, the parties have attached hereto, as Exhibit A, a proposed Stipulation and Order to Further Extend the Stay for entry by the Court.

| | |
|---|---|
| CONNOLLY GALLAGHER LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| */s/ Arthur G. Connolly, III* <br> Arthur G. Connolly, III (#2667) <br> Alan R. Silverstein (#5066) <br> 1201 North Market Street <br> 20th Floor <br> Wilmington, DE 19801 <br> (302) 757-7322 <br> aconnolly@connollygallagher.com <br> asilverstein@connollygallagher.com | */s/ Dominick T. Gattuso* <br> Dominick T. Gattuso (#3630) <br> Kelly E. Rowe (#6199) <br> 300 Delaware Avenue, Suite 200 <br> Wilmington, DE 19801 <br> (302) 472-7300 <br> dgattuso@hegh.law <br> krowe@hegh.law |
| OF COUNSEL: | OF COUNSEL: |
| Douglas L. Sawyer <br> Mark T. Smith <br> PAUL HASTINGS, LLP <br> 71 South Wacker Drive, Suite 4500 <br> Chicago, IL 60606 <br> <br> *Attorneys for Kraft Heinz Foods Company* | Robert I. Steiner <br> Elizabeth N. Krasnow <br> KELLEY DRYE <br> & WARREN LLP <br> 3 World Trade Center <br> 175 Greenwich Street <br> New York, New York 10007 <br> <br> *Attorneys for Defendants Golden State Foods and Zachary Klein* |

Dated: July 19, 2023